IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DONNA MALONE, et al., | * |
| Plaintiffs, | * |
| v. | * Case No. 1:19-cv-02412- SAG |
| WICOMICO COUNTY, MARYLAND, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \*

## AFFIDAVIT

COMES NOW Britney Stevenson, your Affiant, and makes the following averments under oath and upon personal knowledge:

1. I am a Corrections Officer at the Wicomico County Detention Center ("WCDC").

2. I was employed at the WCDC on August 21, 2016. I did not know inmate Thomas Gosier and had no contact with him while he was incarcerated prior to August 21, 2016.

3. On August 21, 2016, shortly before 1:00 p.m., officers were directed to respond to F-Pod on B-Block to assist other officers. I arrived at F-Pod just after Lt. Otha Byrd and Registered Nurses Latoya Jenkins and Joyce Parsons.

4. I entered F Pod housing area. Once I realized the nature of the emergency, I exited F Pod to assist other officers that were locking inmates in other pods in their cells. When I returned at approximately 1:00, I assisted by performing CPR.

5. I left the cell minutes later to meet Emergency Medical Services Personnel ("EMS") as they arrived at the WCDC. I led them into the building and to F-Pod. They took over the resuscitation effort at that point. They removed Gosier from the cell and asked me to cut his shirt off, which I did.

6. EMS were able to restore Gosier's heartbeat. Gosier was placed on a stretcher and I led EMS out of the WCDC. I had no further contact with Gosier.

7. Your Affiant says no more.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the aforegoing paper are true and correct.

Dated: October 28, 2019

Britney Stevenson